| Attorney or Party Name, Address, Telephone and FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Andrew Smyth (SBN 60030)<br>Stephen S. Smyth (SBN 248433)<br>William J. Smyth (SBN 265374)<br>SW Smyth LLP<br>4929 Wilshire Blvd, Suite 690<br>Los Angeles, CA 90010<br>323-933-8401 Fax: 323-933-6089<br><br>office@smythlo.com<br><br><br><br>*Attorney for:* | FILED<br><br>SEP 1 4 2015<br><br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:               Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>JEFFREY LEWIS NORMAN<br><br>Debtor(s).<br><br>STATE OF MINNESOTA BY ITS ATTORNEY GENERAL LORI SWANSON<br>Plaintiff(s),<br>vs.<br><br>JEFFREY LEWIS NORMAN<br>Defendant(s). | CASE NO.:8:13-bk-12701-TA<br><br>ADVERSARY NO:  8:13-ap-01232-TA<br>*(if applicable)*<br><br>CHAPTER: 7<br><br><br><br>**SUBSTITUTION OF ATTORNEY**<br><br>**[LBR 2091-1(b)]** |

1. The name(s) of the party(ies) making this Substitution of Attorney *(specify)*: Jeffrey Lewis Norman

2. The name, address, telephone number, and email address of the new attorney are *(specify)*:
   Andrew E. Smyth
   4929 Wilshire Blvd #690
   Los Angeles, CA 90010
   (323) 933-8401

3. New attorney hereby appears in the following matters: ☐ the bankruptcy case ☑ the adversary proceeding

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014    Page 1    F 2091-1.SUBSTITUTION.ATTY

4. The new attorney is substituted as attorney of record in place instead of the present attorney. (*Specify name of present attorney*):

Date: 9/11/2015

/s/ Jeffrey Lewis Norman
Signature of party

Printed name of party
Jeffrey Lewis Norman
Signature of *third* party (if applicable)

Printed name of *third* party (if applicable)

Signature of *second* party (if applicable)

Printed name of *second* party (if applicable)

Signature of *fourth* party (if applicable)

Printed name of *fourth* party (if applicable)

I consent to the above substitution.
Date: 9/11/2015

/s/ Jeffrey Lewis Norman
Signature of present attorney
Jeffrey Lewis Norman
Printed name of present attorney

I am duly admitted to practice in this district. The above substitution is accepted.

Date: 9/11/2015

/s/ Andrew E. Smyth
Signature of new attorney
Andrew E. Smyth
Printed name of new attorney

**IMPORTANT NOTICE**

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014    Page 2    F 2091-1.SUBSTITUTION.ATTY